VERSO LAW GROUP LLP
GREGORY S. GILCHRIST (State Bar No. 111536)
RYAN BRICKER (State Bar No. 269100)
PAYMANEH PARHAMI (State Bar No. 335604)
209 Kearny Street, Third Floor
San Francisco, California 94108
Telephone: (415) 534-0495
Facsimile: (270) 518-5974
Email: greg.gilchrist@versolaw.com
ryan.bricker@versolaw.com
paymaneh.parhami@versolaw.com

Attorneys for Plaintiff and Counter-Defendant
PATAGONIA, INC.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATAGONIA, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE GAP, INC., <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIM. | Case No. 3:22-cv-07437-TLT <br><br> **ANSWER TO COUNTERCLAIM** <br><br> **JURY TRIAL DEMAND** |

Plaintiff and Counter-Defendant, Patagonia, Inc. ("Patagonia"), for its answer to the Counterclaim filed by Defendant and Counter-Plaintiff, The Gap, Inc. ("The Gap"), by its undersigned counsel, states as follows:

**RESPONSE TO NATURE OF THE ACTION**

1. Patagonia admits that The Gap purports to state a claim for declaratory relief. Except as admitted, Patagonia denies paragraph 1 of the counterclaim.

**RESPONSE TO THE PARTIES**

2. Patagonia admits the material allegations in paragraph 2 of the counterclaim.

3. Patagonia admits the material allegations in paragraph 3 of the counterclaim.

## RESPONSE TO JURSDICTION AND VENUE

4. Patagonia admits the material allegations in paragraph 4 of the counterclaim.

5. Patagonia admits the material allegations in paragraph 5 of the counterclaim.

## RESPONSE TO FIRST COUNTERCLAIM: DECLARATORY RELIEF

6. Patagonia admits the material allegations in paragraph 6 of the counterclaim.

7. Patagonia admits the material allegations in paragraph 7 of the counterclaim.

8. Patagonia admits it claims to own trade dress in particular aspects of the design of its Snap-T products, as further described in its Second Amended Complaint. Except as admitted, Patagonia denies the material allegations in paragraph 8 of the counterclaim.

9. Patagonia admits the material allegations in paragraph 9 of the counterclaim.

10. Patagonia denies the material allegations of paragraph 10 of the counterclaim.

11. Patagonia denies the material allegations of paragraph 11 of the counterclaim.

12. Patagonia admits the material allegations in paragraph 12 of the counterclaim.

13. Patagonia denies the material allegations of paragraph 13 of the counterclaim.

14. Patagonia denies the material allegations of paragraph 14 of the counterclaim.

15. Patagonia admits that it claims The Gap's sale of the Gap Jackets as The Gap has defined constitutes trademark infringement, unfair competition, and deceptive trade practices that Patagonia seeks to stop through this action. Except as admitted, Patagonia denies the material allegations of paragraph 15 of the counterclaim.

16. Patagonia lacks information sufficient to know whether The Gap's understanding of "similar designs" is the same as Patagonia's understanding and therefore denies paragraph 16 of the counterclaim to that extent. Patagonia otherwise admits the material allegations of paragraph 16 of the counterclaim, i.e., that a present controversy exists whether The Gap may sell the Gap Jackets or other products that use confusingly similar designs or designs that use elements that are even more similar to Patagonia's trade dress and trademarks than the designs contained in the Gap Jackets.

/ / /

/ / /

**RESPONSE TO THE GAP'S PRAYER FOR RELIEF**

The Gap's prayer for relief does not require a response but, to the extent any answer is required, Patagonia denies that The Gap is entitled to any of the requested relief or any relief whatsoever.

DATED: March 14, 2023

Respectfully submitted,

VERSO LAW GROUP LLP

By: */s/ Gregory S. Gilchrist*
GREGORY S. GILCHRIST
RYAN BRICKER
PAYMANEH PARHAMI

Attorneys for Plaintiff and Counter-Defendant
PATAGONIA, INC.