1  MARK R. CONRAD (CA Bar No. 255667)
     *mconrad@conmetkane.com*
2  CARA SANDBERG (CA Bar No. 291058)
     *csandberg@conmetkane.com*
3  **CONRAD METLITZKY KANE LLP**
   Four Embarcadero Center, Suite 1400
4  San Francisco, California 94111
   Telephone: (415) 343-7100
5  Facsimile: (415) 343-7101

7  JAMES D. WEINBERGER (admitted *pro hac vice*)
     *jweinberger@fzlz.com*
   NICOLE LIEBERMAN (admitted *pro hac vice*)
8    *nlieberman@fzlz.com*
   **FROSS ZELNICK LEHRMAN & ZISSU, P.C.**
9  151 West 42nd Street, 17th Floor
   New York, New York 10036

*Attorneys for Defendant The Gap, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PATAGONIA, INC., | Case No. 3:22-cv-07437-TLT |
| Plaintiff, | **JOINT STIPULATION OF DISMISSAL AND [PROPOSED] ORDER** |
| v. | |
| THE GAP, INC., | |
| Defendant. | |

|   |   |   |
|---|---|---|
| 1 | WHEREAS, on November 11, 2022, Plaintiff Patagonia, Inc. ("Plaintiff") filed its Complaint in the above-captioned matter against Defendant The GAP, Inc. ("Defendant"), *see* ECF No. 1; | |

WHEREAS, on November 11, 2022, Plaintiff Patagonia, Inc. ("Plaintiff") filed its Complaint in the above-captioned matter against Defendant The GAP, Inc. ("Defendant"), *see* ECF No. 1;

WHEREAS, on January 5, 2023, Defendant filed a Motion to Dismiss in Part the Complaint, *see* ECF No. 21;

WHEREAS, on January 27, 2023, Plaintiff filed an Amended Complaint, *see* ECF No. 23;

WHEREAS, on January 30, 2023, the parties stipulated that a Second Amended Complaint may be filed, *see* ECF No. 24, and on February 6, 2023, Plaintiff filed a Second Amended Complaint, *see* ECF No. 26;

WHEREAS, on February 21, 2023, Defendant filed an Answer to the Second Amended Complaint and Counterclaim, *see* ECF No. 31;

WHEREAS, on March 14, 2023, Plaintiff filed an answer to Defendant's Counterclaim, *see* ECF No. 36;

**NOW, THEREFORE,** pursuant to the terms of an agreement by and between the parties to resolve the claims asserted in this action, Plaintiff and Defendant hereby stipulate and agree as follows:

1. Plaintiff's Second Amended Complaint against Defendant and each cause of action asserted therein shall be dismissed *with prejudice*, pursuant to Rule 41(a)(1)(A)(ii).
2. Defendant's Counterclaim against Plaintiff and the cause of action asserted therein shall be dismissed *without prejudice*, pursuant to Rule 41(c).

Respectfully submitted,

DATED: May 30, 2023                **CONRAD | METLITZKY | KANE LLP**

  */s/ Mark R. Conrad*
 MARK R. CONRAD
 CARA SANDBERG
 Attorneys for DEFENDANT The GAP, Inc.

| | | |
|---|---|---|
| DATED: May 30, 2023 | | **FROSS ZELNICK LEHRMAN & ZISSU, P.C.** |

        */s/ James D. Weinberger*
        JAMES D. WEINBERGER
        NICOLE LIEBERMAN
        Attorneys for DEFENDANT The GAP, Inc.

DATED: May 30, 2023         **VERSO LAW GROUP**

        */s/ Gregory S. Gilchrist*
        GREGORY S. GILCHRIST
        RYAN BRICKER
        PAYMANEH PARHAMI

        Attorneys for PLAINTIFF PATAGONIA, INC.

## SIGNATURE ATTESTATION

I attest that concurrence in the filing of this document has been obtained from each of the other signatories, which will serve in lieu of their signatures on the document.

DATED: May 30, 2023         */s/ Mark R. Conrad*
        MARK R. CONRAD

## [PROPOSED] ORDER

Pursuant to stipulation (i) Plaintiff's Second Amended Complaint against Defendant and each cause of action asserted therein shall be dismissed *with prejudice*, pursuant to Rule 41(a)(1)(A)(ii), and (ii) Defendant's Counterclaim against Plaintiff and the cause of action asserted therein shall be dismissed *without prejudice*, pursuant to Rule 41(c). All other existing dates and deadlines in this matter are hereby vacated. The Clerk is directed to close this case.

**IT IS SO ORDERED.**

DATED: _____, 2023         _____
        HON. TRINA L. THOMPSON